Johanna Hickey, Respondent, v. Henry F. Bloomfield, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

In the Matter of the Application of the City of New York, Respondent, Relative to Acquiring Title, etc., for the Purpose of Opening Freeman Street, Between Provost Street and Whale Creek Canal, in the Seventeenth Ward of the Borough of Brooklyn, the City of New York. Frank & Trounstein and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hooker, Gaynor, Rich and Miller, JJ., concurred; Hirschberg, P. J., not voting.

In the Matter of Proving the Alleged Last Will and Testament of Samuel N. Hoyt, Deceased. Sherman Hoyt, Appellant; Henry R. Hoyt, an Executor Named in Said Last Will and Testament, Respondent.— Decree of the Surrogate's Court of Kings county affirmed on argument, with costs. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Gertrude M. Leyden, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Judgment and order of the County Court of Kings county affirmed, with costs. No opinion. Jenks, Hooker and Rich, JJ., concurred; Woodward and Miller, JJ., dissented.

Richard T. Post, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Jenks, Hooker, Gaynor and Rich, JJ., concurred; Hirschberg, P. J., not voting.

David Rich, Appellant, v. The Brooklyn, Queens County and Suburban Railroad Company, Respondent.— Judgment of the Municipal Court affirmed by default, with costs. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

William D. Stratton, Respondent, v. Delaware and Eastern Railroad Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Gaynor, Rich and Miller, JJ., concurred; Hirschberg, P. J., not voting.

Ellen E. Warner, Appellant, v. Franklin S. Holmes, Respondent.— Judgment affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Carrie C. Boening, Respondent, v. William C. Boening, Appellant.— Motion denied. Present — Woodward, Jenks, Gaynor, Rich and Miller, JJ.

Isidore Epstein, Plaintiff, v. Hyman Granoff, Defendant.— Motion denied, with costs. Present — Woodward, Jenks, Gaynor, Rich and Miller, JJ.

In the Matter of the Application of Maria Campiglio, for the Removal of the Body of Lorenzo Campiglio (Also Known as "Lawrence Campbell") from a Burial Plot in Calvary Cemetery to Another Plot in the Same Cemetery.— Motion denied. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

In the Matter of the Application of Jeremiah Lawlor for Admission to the Bar.— Application granted. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

In the Matter of the Accounting of Garrett P. Wright, as Executor of Garret P. Wright, Deceased, Appellant.— Motion granted and order amended. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.